IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–38–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SADIE MARIE TODD, | |
| Defendant. | |

Before the Court is United States's motion for a preliminary order of forfeiture. (Doc. 32.) Ms. Todd has been adjudged guilty as charged in Count III of the Indictment. (Doc. 40.) As such, there is a factual basis and cause to issue a forfeiture order in this case exists under 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED.

IT IS FURTHER ORDERED that the Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2):

- $3,975.00 in U.S. Currency;
- $1,580.00 in U.S. Currency;
- $1,240.00 in U.S. Currency; and
- $100.00 in U.S. Currency.

1

IT IS FURTHER ORDERED that the DEA, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

IT IS FURTHER ORDERED that this Order is incorporated into any final judgment issued at the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B).

DATED this 3rd day of January, 2022

Dana L. Christensen, District Judge
United States District Court