IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–38–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SADIE MARIE TODD, | |
| Defendant. | |

Before the Court is United States's Unopposed Motion for Final Order of Forfeiture. (Doc. 43.) The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2). A preliminary order of forfeiture was entered on January 3, 2022. (Doc. 41.) All known interested parties were provided an opportunity to respond and publication has been accomplished as required by 21 U.S.C. § 853(n)(1). (Doc. 42.) As such, it appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2).

Accordingly, IT IS ORDERED the motion (Doc. 43) is GRANTED.

IT IS FURTHER ORDERED judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- $3,975.00 in U.S. Currency;

1

- $1,580.00 in U.S. Currency;

- $1,240.00 in U.S. Currency; and

- $100.00 in U.S. Currency.

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court